**United States Bankruptcy Court**
**District of South Carolina**

| In re | **Gloria James McCLain** | Case No. | **20-00653** |
|---|---|---|---|
| | Debtor(s) | Chapter | **7** |

# MOTION FOR LOSS MITIGATION/MORTGAGE MODIFICATION

**To: Home Point Financial ("Mortgage Creditor") and Parties in Interest**

The Debtor, through counsel, hereby moves the Court for an Order allowing Loss Mitigation/Mortgage Modification with respect to the following property:

*Property Address: 1309 Kennedy Haines Road Pamplico, SC 29583  Florence County*
*TMS:  00317 02 014*
*Loan Number :*
*Home Point Financial C*
*Nmls#7706 9 Entin Rd St Parsippany NJ 07054-0000*

The Debtor requests an order allowing the parties to participate in the Loss Mitigation/Mortgage Modification Portal Program or an Order allowing the Debtors to participate in the Loss Mitigation/Mediation Program.  Debtor is currently in an active Chapter 7 and no prior motions for relief of the automatic stay have been filed.  Debtor has completed the internet requirements necessary to execute a loan modification on the DMM Portal.  This Honorable Court has shown a willingness to grant or allow such orders if the following elements are met:

1. Creditor consents or does not object to said motion;
2. The allotted time does not exceed 120 days for an answer through the DMM Portal; and
3. If after 120 days the loan modification has not been executed, said Order is no longer in effect and Creditor is free to seek relief of the stay, if applicable.

Wherefore, the debtor prays that this Honorable Court grant an Order allowing loss mitigation to be executed via the DMM Portal.

/s/ Benjamin R. Matthews
**Benjamin R. Matthews 3332**
**Matthews and Megna, LLC**
**3400 West Avenue**
**Columbia, SC 29203**
**803-799-1700Fax:803-254-3578**
**benrusmat@gmail.com**